UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HILDA JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> DR. RICHARD BAYNOSA, <br><br> Defendant. | Case No.:  2:14-cv-02011-RFB-NJK <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE** |

  Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 16, 2015.

  A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

1  "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge.
2  Thomas v. Arn, 474 U.S. 140, 149 (1985).
3      Under Local Rule IB 3-2(a), objections were due by April 2, 2015. No objections have been
4  filed. The Court has reviewed the record in this case and accepts Judge Koppe's recommendation
5  that this case be dismissed without prejudice, and that the Clerk of Court enter judgment
6  accordingly, because Plaintiff Hilda Johnson's Amended Complaint does not show that the Court
7  has subject-matter jurisdiction over this case.
8      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is
9  **ACCEPTED and ADOPTED in full**. This case is **DISMISSED WITHOUT PREJUDICE**.
10     The Clerk shall enter judgment accordingly and close this case.

DATED: September 4, 2015.

_____
**RICHARD F. BOULWARE, II.**
**United States District Court Judge**